


**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

**DOUGLAS W. HEIM**
*Assistant Corporation Counsel*
phone: (212) 788-1298
fax: (212) 788-9776
dheim@law.nyc.gov

October 9, 2007

**VIA FAX (WITH PERMISSION)**
*Fax:* 212-805-6390
Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

   Re: <u>Bill Soumahoro v. City of New York, et al.</u>, 07 Civ. 3589 (WHP)

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants City of New York and New York City Police Department. <u>I write to respectfully request the Court adjourn the initial conference currently scheduled for October 12, 2007 at 11:15 a.m. until a later date and time convenient to the Court.</u> Plaintiff consents to the request for adjournment.

   I previously wrote the Court on October 2, 2007, to request an adjournment the initial conference scheduled for October 12, 2007 until a date and time after defense counsel had been provided with authorizations for the release of records sealed pursuant to N.Y.C.P.L. § 160.50 from plaintiff's counsel and defendants had sufficient information to answer or otherwise respond to the complaint. Because I requested the adjournment on the basis of not having sufficient information at this juncture to respond to the complaint, I did not also assert that I was also scheduled to be out of the office on October 12, 2007, and would therefore be unable to attend the initial conference. I apologize to the Court for any inconvenience this may cause. Accordingly, defendants respectfully request the Court adjourn the conference until a later date, convenient to the Court.

*Application granted. The conference is adjourned until November 16, 2007 at 9:30 a.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/26/2007

Thank you for your consideration herein.

Respectfully submitted,

Douglas W. Heim
Assistant Corporation Counsel

cc: Thomas B. Donaldson, Esq. (By fax: 212-722-4966)
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street, Suite 1102
New York, NY 10035