```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2007
```

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOUGLAS W. HEIM**
*Assistant Corporation Counsel*
phone: (212) 788-1298
fax: (212) 788-9776
dheim@law.nyc.gov

*[Stamp: NOV 13 2007 CHAMBERS OF WILLIAM H. PAULEY]*

November 13, 2007

**VIA FAX (WITH PERMISSION)**
*Fax:* 212-805-6390
Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: <u>Bill Soumahoro v. City of New York, et al.</u>, 07 Civ. 3589 (WHP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants City of New York and New York City Police Department. I write to respectfully request the Court adjourn the initial conference currently scheduled for November 16, 2007 at 9:30 a.m. until a later time convenient to the Court that same day, or alternatively, a later date convenient to the Court. Plaintiff consents to the request for adjournment.

  I previously requested and was granted an adjournment the initial conference scheduled for October 12, 2007. Your Honor rescheduled the initial conference for 9:30 a.m. on November 16, 2007. However, I was recently informed that status conference scheduled by Hon. Lisa Margaret Smith of the Southern District in White Plains for November 16, 2007 at 11:00 a.m., originally slated as a telephone conference will now be proceed in person in White Plains. In my general experience, it takes approximately two hours to travel from my office to White Plains and vice versa.

  Accordingly, in order to attend both conferences, defendants respectfully request the Court adjourn the conference in this matter until the late afternoon on November 16, 2007, or on another date and time convenient to the Court.

*Application granted. The conference will take place on November 16, 2007 at 3:45 pm.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/14/2007

Thank you for your consideration herein.

Respectfully submitted,

Douglas W. Heim
Assistant Corporation Counsel

cc: Thomas B. Donaldson, Esq. (By fax: 212-722-4966)
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street, Suite 1102
New York, NY 10035