UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BILL SOUMAHORO,

            Plaintiff,

    -against-

CITY OF NEW YORK et al.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X



07 Civ. 3589 (WHP)

SCHEDULING ORDER No. 1

WILLIAM H. PAULEY III, District Judge:

    Counsel for Plaintiff having failed to appear at the initial pre-trial conference scheduled for November 16, 2007, this Court will hold the initial pre-trial conference on December 21, 2007 at 10:00 a.m.

Dated: November 30, 2007
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record:*

Thomas Benjamin Donaldson, Esq.
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street
Suite 1102
New York, NY 10035
*Counsel for Plaintiff*

Douglas W. Heim, Esq.
The City of New York
Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants City of New York
and New York City Police Department*