UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BILL SOUMAHORO,

            Plaintiff,                07 Civ. 3589 (WHP)

        -against-                SCHEDULING ORDER No. 2

CITY OF NEW YORK et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a December 21, 2007 conference, the following is established on consent:

(1) Plaintiff's time to serve Defendant Juan R. Rodriguez with the summons and complaint is extended until January 31, 2008;

(2) Corporation Counsel shall arrange for Plaintiff to view a photographic array of the officers potentially involved in Plaintiff's arrest by January 31, 2008;

(3) Plaintiff shall serve and file an amended complaint identifying the John Doe defendants by February 15, 2008;

(4) Discovery shall be completed by May 30, 2008;

(5) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by June 30, 2008; and

(6) This Court will hold a final pre-trial conference on July 18, 2008 at 10:00 a.m.

Dated: December 21, 2007
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Thomas Benjamin Donaldson, Esq.
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street
Suite 1102
New York, NY 10035
*Counsel for Plaintiff*

Douglas W. Heim, Esq.
The City of New York
Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants City of New York and New York City Police Department*