


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DOUGLAS W. HEIM
*Assistant Corporation Counsel*
phone: (212) 788-1298
fax: (212) 788-9776
dheim@law.nyc.gov

January 31, 2008

**BY HAND**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    <u>Bill Soumahoro v. City of New York, et al.</u>, 07 Civ. 3589 (WHP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter, in which plaintiff claims that he was falsely arrested, maliciously prosecuted, and subjected to excessive force. For the reasons set forth below, defendants City, NYPD, and Rodriguez write to respectfully request a thirty day extension of time to arrange a photographic array of police officers potentially involved in plaintiff's arrest. Plaintiff's counsel consents to this request.

    Plaintiff names numerous "John Doe" officers in his complaint. Your Honor directed defendants to arrange a photo array of all officers on duty that could have responded to the incident in question by January 31, 2008. Defendants have obtained a SPRINT report for the alleged incident and identified which sector cars responded to the scene of the alleged incident. Defendants have also requested the roll call for the 44th Precinct so that officers can be identified by sector car, but have not yet received the roll call necessary for such identification. Once the roll call is received, defendants can dramatically narrow the scope of a photo array for plaintiff.

    <u>Accordingly, defendants respectfully request an extension from January 31, 2008, until March 1, 2008 to receive the roll call, identify the appropriate officers and arrange for a photo array in the appropriate setting.</u> Defendants have made no previous requests for an extension of time to arrange the photographic array of officers.

Thank you for your consideration herein.

Respectfully submitted,

Douglas W. Heim (DH5238)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Thomas B. Donaldson, Esq. (By fax: 212-722-4966)
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street, Suite 1102
New York, NY 10035

Application granted. Defendants shall arrange for a photographic array by March 1, 2008. Plaintiff shall serve and file its amended complaint by March 14, 2008. Discovery shall be completed by June 27, 2008. The parties shall submit a joint pre-trial order by July 25, 2008 and this Court will hold a final pre-trial conference on August 15, 2008 at 10:00 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/4/2008

2