UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
BILL SOUMAHORO,

        Plaintiff,               07 Civ. 3589 (WHP)

      -against-               ORDER

CITY OF NEW YORK et al.,

        Defendants.
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: March 5, 2008
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

Thomas Benjamin Donaldson, Esq.
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street
Suite 1102
New York, NY 10035
*Counsel for Plaintiff*

Douglas W. Heim, Esq.
The City of New York
Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants City of New York
and New York City Police Department*